UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-06837-SVW-JPR | Date | November 10, 2014 |
|---|---|---|---|
| Title | John Davis v. YRC Worldwide Inc. et al. | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Chia Mei Jui | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Lewis Holcomb, Jr. | Vince Mojica Verde |

**Proceedings:**   [17] MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff John Davis

Motion submitted. Order to issue.

| | : | 11 |
|---|---|---|
| | Initials of Preparer | PMC |